Lindsay v Saulo (2025 NY Slip Op 52021(U))

[*1]

Lindsay v Saulo

2025 NY Slip Op 52021(U)

Decided on December 17, 2025

City Court Of Little Falls, Herkimer County

Bannister, J.

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on December 17, 2025
City Court of Little Falls, Herkimer County

Richard K Lindsay, Kim R Lindsay, Petitioners,

against
Otero Saulo, Respondent.

Index No. LT-00173-25/LF

Gerard J. Snyder, Esq., for Claimants,
Thomas J. Morosco, Esq., for Respondents

Joshua P. Bannister, J.

Petitioners commenced this summary proceeding to evict Respondent whose counsel moves to dismiss because they entered into a land contract.
RPAPL section 711 requires the parties to a summary proceeding to have a landlord-tenant relationship. Petitioner cites to, among others, Tomaso v LBR Enters., LLC (169 AD3d 1464 [4th Dept 2019]) which affirmed the Herkimer County Court's determination that the landlord-tenant relationship was preserved in the lease and the parties merely had the option of transferring that relationship into a sale contract. Respondent cites to Bean v Walker (95 AD2d 70 [4th Dept 1983]) and included the contract between the parties.
This Court reviewed what has been provided without objection as the contract between the parties which by its terms refers to the parties as "sellers" and "purchaser" which makes this case distinguishable from Tomaso, supra., and very analogous to Bean, supra.. Accordingly, this Court finds that the relationship between the parties is that of buyer-seller, that this Court does not have jurisdiction to decide property disputes, and the matter should be dismissed.
Conclusion and Order
On the evidence before the Court, it is hereby ORDERED:
That the petition is dismissed for lack of subject matter jurisdiction.
This constitutes the decision and order of the court.
HON. JOSHUA P. BANNISTER
LITTLE FALLS CITY COURT JUDGE
DATED: December 17, 2025